UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

Maurice Brown,

        Petitioner,

  -vs-

Fidel Gonzalez, Superintendent,

        Respondent.

ORDER

CV-04-4970(FB)(LB)

-----------------------------------

    On August 17, 2005 the pro se petitioner filed a letter application to withdraw his pending petition without prejudice, however he does not state his reason for this application. Accordingly it is

    HEREBY ORDERED that the pro se petitioner's letter application is GRANTED without prejudice.

    The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       September 16, 2005

                                        U.S.D.J.

cc.: Maurice Brown, pro se petitioner
    ADA Amy Applebaum